Marc J. Randazza (CA SBN 269535)
Alex J. Shepard (CA SBN 29058)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
ecf@randazza.com

*Attorney for Plaintiff*
*BINBIT ARGENTINA, S.A.*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| **BINBIT ARGENTINA, S.A.**, | Case №.: 4:19-cv-05384-KAW |
| Plaintiff, | **PLAINTIFF'S CONSENT TO MAGISTRATE JUDGE JURISDICTION** |
| vs. | |
| **JOHN DOES 1-25, et al.,** | |
| Defendant. | |

In accordance with the provisions of 28 U.S.C. § 636(c), Plaintiff BINBIT ARGENTINA, S.A. ("BinBit") hereby voluntarily consents to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. Plaintiff understands that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

RANDAZZA | LEGAL GROUP

Dated:  September 24, 2019     Respectfully submitted,
/s/ Alex J. Shepard
Marc J. Randazza (CA SBN 269535)
Alex J. Shepard (CA SBN 29058)

RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
ecf@randazza.com

*Attorney for Plaintiff*
*BINBIT ARGENTINA, S.A.*